# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROGER D. HUGHES,** a/k/a **ROGER HUGHES,**
Appellant,

v.

**WILMINGTON SAVINGS FUND SOCIETY, FSB,** d/b/a **CHRISTIANA TRUST,** not Individually but as Trustee for **PRETIUM MORTGAGE ACQUISITION TRUST,**
Appellee.

No. 4D18-3079

[June 27, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Judge; L.T. Case No. CACE 16-013816.

Bruce K. Herman of The Herman Law Group, P.A., Fort Lauderdale, for appellant.

Richard S. McIver and H. Michael Muniz of Kass Shuler, P.A., Tampa, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***